UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SOTIRIOS STAMATIS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br> v.<br><br>ATP MEDIA OPERATIONS LTD.,<br><br>        Defendant. | Civil Action No. 3:25-cv-30046-MGM |

ORDER OF DISMISSAL
August 4, 2025,

**MASTROIANNI, U.S.D.J.**

 Pursuant to the Notice of Voluntary Dismissal (Dkt. No. 17) filed on July 30, 2025, it is hereby ORDERED that the above-entitled action be dismissed. This matter is now closed.

                By the Court,

August 4, 2025,         /s/ *Mark G. Mastroianni*
 Date            Mark G. Mastroianni
               U.S. District Judge